# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**JOSE ENRIQUE MENDEZ**,

    Plaintiff,

vs.

**ALL STAR PAVING & MASONRY, LLP, and THOMAS CONNOR, individually,**

    Defendants.

**Dkt. No.:18-cv-09521(FLW)**

**ORDER FOR RELIEF FROM JUDGMENT**

This case having been opened to the Court by Plaintiff's Motion for Relief from Judgment and the Court having reviewed the Plaintiff's Brief in support thereof and further having been fully apprised of the relevant facts herein, pursuant to Fed. R. Civ. P. 78; accordingly,

IT on this 25th day of March, 2019,

ORDERED and ADJUDGED that Plaintiff's Motion for Relief from Judgement is hereby GRANTED, the Dismissal without Prejudice is Vacated, and the matter is reinstated to the docket.

ORDERED and ADJUDGED that Plaintiff shall have no more than 30 days from the date of this Order to effectuate proper service upon the defendants.

**IT IS SO ORDERED**:

                                        /s/ Freda L. Wolfson
                                        Hon. Freda Wolfson, U.S.D.J.