**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| JOSE ENRIQUE MENDEZ, | Civ. Action No.: 18-9521 (FLW) |
| Plaintiff, |  |
| v. | **ORDER** |
| ALL STAR PAVING & MASONRY, LLP et al. |  |
| Defendants. |  |

It appearing that on September 17, 2018, this Court entered an order dismissing the current case, pursuant to Local Rule 41.1(a), *see* ECF No. 4 (September Order); it further appearing that on March 25, 2019, the Court granted Plaintiff's motion for relief from the judgement, pursuant to Federal Rule of Civil Procedure 78, re-opened the case, and ordered Plaintiff to effectuate proper service upon defendants within thirty (30) days, *see* ECF No. 5 (March Order); it appearing that, since that time Plaintiff has not provided proof of service to the Court, accordingly, the case is dismissed, without prejudice and without cost to either party, for the reasons delineated in the Court's September Order.

**IT IS** on this 22nd day of July, 2019,

**ORDERED** that the above case is dismissed, without prejudice and without cost to either party, and the Clerk of the Court is directed to close the case.

/s/   Freda L. Wolfson
Freda L. Wolfson
U.S. Chief District Judge